UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

JAN 2 3 2019

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER |
| DANIEL CAMPOS, JR. | § § § | **C-19-0080** |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about December 20, 2018, in the Corpus Christi Division of the Southern District of Texas, and within the jurisdiction of the Court, the defendant,

**DANIEL CAMPOS, JR.**

did threaten to assault Border Patrol Agent J.S., a federal law enforcement officer, with intent to intimidate, impede, and interfere with J.S. while engaged in the performance of official duties, and with intent to retaliate against such law enforcement official on account of the performance of official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

### COUNT TWO

On or about December 20, 2018, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

DANIEL CAMPOS, JR.

did threaten to assault Border Patrol Agent J.C., a federal law enforcement officer, with intent to intimidate, impede, and interfere with J.C. while engaged in the performance of official duties, and with intent to retaliate against such law enforcement official on account of the performance of official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT THREE

On or about December 20, 2018, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

DANIEL CAMPOS, JR.

did threaten to assault Border Patrol Agent R.O., a federal law enforcement officer, with intent to intimidate, impede, and interfere with R.O. while engaged in the performance of official duties, and with intent to retaliate against such law enforcement official on account of the performance of official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT FOUR

On or about December 20, 2018, in the Corpus Christi Division of the Southern District of Texas, and within the jurisdiction of the Court, the defendant,

DANIEL CAMPOS, JR.

did threaten to assault Border Patrol Agent B.P., a federal law enforcement officer, with intent to

intimidate, impede, and interfere with B.P. while engaged in the performance of official duties, and with intent to retaliate against such law enforcement official on account of the performance of official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

#### COUNT FIVE

On or about December 20, 2018, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

**DANIEL CAMPOS, JR.**

did threaten to assault Border Patrol Agent G.M., a federal law enforcement officer, with intent to intimidate, impede, and interfere with G.M. while engaged in the performance of official duties, and with intent to retaliate against such law enforcement official on account of the performance of official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: _____
JEREMY C. FUGATE
Assistant United States Attorney

3