UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

JAN 2 3 2019

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § § | CRIMINAL NUMBER<br>**C-19-0080** |
| DANIEL CAMPOS, JR. | | |

### GOVERNMENT'S MOTION FOR ISSUANCE OF ARREST WARRANT

COMES NOW the United States of America through RYAN K. PATRICK, United States Attorney in and for the Southern District of Texas, and respectfully requests the Honorable Court to issue a warrant for the arrest of DANIEL CAMPOS, JR., pursuant to an Indictment filed on January 23, 2019. The Government moves for the defendant's detention without bond.

Respectfully submitted,

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: _____
JEREMY C. FUGATE
Assistant United States Attorney
Southern District of Texas No.: 3284258
Ohio State Bar No. 0093911
800 N. Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
Tel. (361) 888-3111   Fax (361) 888-3200
Email: jeremy.fugate@usdoj.gov